UNITED STATES of America, Plaintiff–Appellee,

v.

Alfredo MOLINA–ROMERO, Defendant–Appellant.

No. 03–21096. Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Decided June 23, 2004.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Alfredo Molina–Romero, Pecos, TX, pro se.

Before BARKSDALE, DeMOSS, and CLEMENT, Circuit Judges.

R. 47.5.4.

558

PER CURIAM: *

The Federal Public Defender appointed to represent Alfredo Molina–Romero has requested leave to withdraw and has filed a brief as required by *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Molina has not responded to the motion. Our independent review of counsel's brief and the record discloses no nonfrivolous issue for appeal. Counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.

MOTION GRANTED; APPEAL DISMISSED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.